<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 98-551**

—————

In Re:   JULIUS S. BAKER, SR., Reverend,

Petitioner.

—————

On Petition for Writ of Mandamus.
(CA-98-741-3-17BC)

—————

Submitted:  June 18, 1998          Decided:  July 8, 1998

—————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

—————

Petition denied by unpublished per curiam opinion.

—————

Julius S. Baker, Sr., Petitioner Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Petitioner filed this petition for a writ of mandamus seeking to have this court direct the district court to act on his complaint. We find no unreasonable delay in this case. Therefore, while we grant leave to proceed in forma pauperis, we deny the petition and the amended petition. We further deny Petitioner's motions for bail pending appeal and his "Motion for Extraordinary Emergency Immediate Relief and Release from the Unlawful Restraint on Petitioner['s] Liberty." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2